**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          ECF
------------------------------------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456          Index:
ANNUITY, EDUCATION & TRAINING, S.U.B.,
INDUSTRY ADVANCEMENT AND LEGAL SERVICES                **JUDGE ROBINSON**
FUNDS AND THE WESTCHESTER TEAMSTERS
LOCAL UNION NO. 456,                         RULE 7.1

                          Plaintiffs,
   -against-
                                    **08 CIV. 5775**
WESTBURY FENCE & GUIDE RAIL CO., INC.,

                          Defendant.
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

      None.

Dated: June 19, 2008

                                                _/s/ Karin Arrospide_
                                                Karin Arrospide, Esq. (KA9319)
                                                Barnes, Iaccarino, Virginia,
                                                Ambinder & Shepherd
                                                258 Saw Mill River Road
                                                Elmsford, NY 10523
                                                (914) 592-1515