# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CIV 5775                                      Purchased/Filed: June 26, 2008

STATE OF NEW YORK          UNITED STATES DISTRICT COURT                     SOUTHERN DISTRICT

---

*Trustees of the Teamsters Local 456 Annuity, Education & Training, S.U.B., Industry Advancement
and Legal Services Funds and the Westchester Teamsters Local Union No. 456*                     Plaintiff

against

*Westbury Fence & Guide Rail Co., Inc.*                                              Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ June 30, 2008 _____ , at ___2:00pm___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____ Westbury Fence & Guide Rail Co., Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York,  ___2___  true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___28___  Approx. Wt: ___200___  Approx. Ht: ___6'0"___

Color of skin: ___White___  Hair color: ___Brown___  Sex: ___M___  Other: _____

Sworn to before me on this

_2nd_  day of _____ July, 2008 _____

_____                                         _____
DONNA M. TIDINGS                                          Jessica Miller
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011                     Invoice•Work Order # SP0806299

***SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179***