*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Trustees of the Teamsters Local 456 Annuity, Education &
Training, S.U.B., Industry Advancement and Legal Services
Funds and the Westchester Teamsters Local Union 456,

Index No. 08 CIV 5775 (SCR)

Plaintiffs,

**VOLUNTARY NOTICE
OF DISMISSAL**

-and-

WESTBURY FENCE & GUIDE RAIL CO., INC.,

Defendant.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure

41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the

above entitled action with prejudice

Dated: July 30, 2008
Elmsford, New York

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

*Dana L Henke*
Dana L. Henke, Esq. (DLH3025)
Attorney for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

*Case Closed*

SO ORDERED:

*Stephen C Robinson*
Honorable Stephen C. Robinson, U.S.D.J.
8/4/08

DATED

USDC SDNY
DOCUMENT
ELECTRONIC...
DOC #:
DATE FILED: